UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN R. OCHOA,<br><br>            Plaintiff,<br><br>       v.<br><br>SHERRI FLETCHER, et al.,<br><br>            Defendants. | No.  2:19-cv-1431 DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 21, 2020, plaintiff filed a notice on how to proceed in this action.  (ECF No. 19).  In it, plaintiff states that he wishes to proceed solely on his claim of deliberate indifference against defendant Sherri Fletcher, R.N. of High Desert State Prison and that he consents to the dismissal without prejudice of defendants M.E. Spearman, Warden of High Desert State Prison and the California Department of Corrections and Rehabilitation.  (See id.).

Federal Rule of Civil Procedure 41(a) is "designed to permit a disengagement of the parties at the behest of the plaintiff . . . in the early stages of a suit. . . .  Permitting a plaintiff to dismiss fewer than all of the named defendants is consistent with that purpose."  Pedrina v. Chun,

////

1

1  987 F.2d 608, 610 (9th Cir. 1993) (citations omitted); see <u>United States v. Real Property Located</u>
2  <u>at 475 Martin Lane, Beverly Hills, CA</u>, 545 F.3d 1134, 1145 (9th Cir. 2008) (citing <u>Pedrina</u>).

    In light of the above, the court finds that plaintiff wishes to voluntarily dismiss defendants M.E. Spearman, Warden of High Desert State Prison and the California Department of Corrections and Rehabilitation from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Therefore, the Clerk of Court shall be directed to update the docket accordingly.

    Accordingly IT IS HEREBY ORDERED that the Clerk of Court shall update the docket to reflect that plaintiff has opted to voluntarily dismiss M.E. Spearman, Warden of High Desert State Prison and the California Department of Corrections and Rehabilitation as defendants in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (<u>See</u> ECF No. 19).

Dated:  September 28, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/ocho1431.def.dsmsl