IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADRIAN R. OCHOA,**<br><br>Plaintiff,<br><br>v.<br><br>**SHERRI FLETCHER, et al.,**<br><br>Defendants. | Case No.: 2:19-CV-1431-DB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO MODIFY DISPOSITIVE MOTION DEADLINE<br><br>Judge:         Honorable Deborah Barnes<br>Trial Date:    TBD<br>Action Filed: July 11, 2019 |

The Court, having considered Defendant's motion to modify the Discovery and Scheduling Order's dispositive motion deadline, and good cause having been found:

**IT IS ORDERED** that Defendant is granted an extension of a minimum of 90 days to file dispositive motions from the current November 12, 2021 cutoff date. All other provisions of the Court's April 17, 2021 Discovery and Scheduling Order (ECF No. 33) shall remain in full force and effect.

Dated:  October 20, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:19-CV-1431-DB)