UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN R. OCHOA, | No. 2:19-cv-01431 DB P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| SHERRI FLETCHER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges defendant was deliberately indifferent to his serious medical need in violation of his Eighth Amendment rights.

On April 19, 2021, the court issued a discovery and scheduling order which set a deadline for dispositive motions to be filed by November 12, 2021. (ECF No. 33 at 6.) The court subsequently granted defendant's request for an extension of time to file dispositive motions. (ECF No. 35.) The court ordered dispositive motions due ninety days from November 12, 2021. (Id.) As such, the dispositive motion filing deadline expired on February 10, 2022. (ECF Nos. 33, 35.)

Neither party has filed a motion for summary judgment. Therefore, the court will, by this order, direct the parties to show cause why this action should not be set for trial. Should the parties fail to show good cause the court will set this action for trial and direct the parties to file pretrial statements.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to randomly assign this action to a United States District Judge.

2. Within thirty days of the date of this order the parties are directed to show cause why the court should not set this action for trial. Any motion seeking to modify the court's discovery and scheduling order should set forth why that party did not seek an extension of time to file a dispositive motion prior to the expiration of the deadline.

Dated: March 2, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/ocho1431.osc_disp_mot

2